John O'Brien and John C. Sheehan, Respondents, v. Edward R. Thomas and Others, Composing the Firm of Thomas & Post, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry Kraus v. Joseph Johnson, Jr.— Motion granted, with ten dollars costs.

Frank L. Froment and Others v. David M. Oldtarsh.— Motion granted, with ten dollars costs.

In the Matter of David Goldsticker, Deceased.— Motion granted, with ten dollars costs.

Rose Lasser v. Louis Lasser.— Motion granted, with ten dollars costs.

Arnold W. Schlichte v. John A. Donnegan.— Motion granted, with ten dollars costs.

The People of the State of New York v. Frank Duffy, Impleaded.— Motion denied upon condition that appellant have his appeal ready for argument at May term.

Frederick de P. Foster and Others v. Edward K. Sutton and Others.— Motion denied, with ten dollars costs.

Frank C. Hollister v. Charles B. Barker.— Motion denied on terms stated in order.

In the Matter of Minnie H. Vogel.— Motion denied on terms stated in order.

Andrew J. Kerwin, Jr., v. Alfred Post and Another.— Motion denied on terms stated in order.

Sebastiano Acardo v. New York Contracting Company.— Motion denied on terms stated in order.

Louis Abramowitz v. Lee S. Good and Another.— Application denied, with ten dollars costs. Order signed.

Lee Shubert v. Florenz Ziegfeld.— Application denied, with ten dollars costs. Order signed.

Solomon Lindenborn v. Lillian B. Vogel.— Motion granted to the extent stated in order.

Alonzo B. Garrett v. Bianca E. Duclos.— Motion denied, with ten dollars costs.

Addie M. Hunt v. Long Island Railroad Company.— Motion denied, with ten dollars costs.

Nellie Kearney v. New York City Railway Company.— Motion denied, with ten dollars costs.

Stephen Farrelly v. Mary A. Skelly.— Motion denied, with ten dollars costs.

Frederick D. Foster and Another v. Augusta D. Jones and Others.—Motion granted and time to file and serve printed record on appeal extended to May 1, 1909. Settle order on notice.

The People of the State of New York v. Hyman Cohen.— Motion denied.

Eva M. Barker v. Charles B. Barker.— Motion denied.